UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00219-FDW-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BENJAMIN LEE WALTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's "Notice of Appeal of Detention Order," filed August 17, 2017. (Doc. No. 39.) Defendant's notice of appeal fails to assert any basis for error in the underlying order, and the notice fails entirely to argue any law to support the appeal. Accordingly, it is DENIED.

IT IS SO ORDERED.

Signed: August 18, 2017

Frank D. Whitney
Chief United States District Judge