IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF SEALED DOCUMENTS RELATED TO *UNITED STATES v. ABNEY, ET. AL.*, 3:17-cr-219 | ) ) ) ) ) ) | Docket No. 3:17-cr-219-FDW<br><br>**ORDER UNSEALING DOCUMENTS** |

UPON MOTION of the United States of America, by and through William T. Stetzer, First Assistant United States Attorney for the Western District of North Carolina, for an Order directing that the Government's 5k downward departure motion regarding co-defendant Benjamin Walton in the above-captioned case number, which was previously sealed by the Court, be unsealed to the defendants in *United States v. Abney, et.al.*, 3:17-cr-219.

IT IS HEREBY ORDERED that the documents be unsealed only to defendants in case number 3:17-cr-219 for the purposes of discovery.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: August 17, 2018

Frank D. Whitney
Chief United States District Judge